Case 2:25-cv-00224   Document 6   Filed on 08/14/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RUDY DICKERSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:25-CV-00224 |
| § | |
| VICTORIA COUNTY CITY POLICE § | |
| OFFICERS, VICTORIA, TX, *et al.*, § | |
| § | |
| Defendants. § | |

## **OPINION AND ORDER OF TRANSFER**

Plaintiff Rudy Dickerson, appearing *pro se*, has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is currently a pretrial detainee in the Victoria County Jail in Victoria, Texas. In this action, Plaintiff sues Victoria County City Police Officers, the U.S. Marshals Service in Victoria, and Narcotics Investigators in Victoria. (D.E. 1). Plaintiff complains that Defendants violated his civil rights while arresting Plaintiff in Victoria, Texas. (*Id.* at 3-4). Plaintiff seeks an investigation of the Defendants' actions, for Defendants to be reprimanded, and monetary relief. (*Id.*).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may

transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, the events about which Plaintiff complains occurred in Victoria County, Texas. None of the Defendants reside or are found in the Corpus Christi Division of the Southern District of Texas. Victoria County lies within the Victoria Division of the Southern District of Texas. 28 U.S.C. § 124(b)(5). Therefore, the interests of justice would be served by a transfer to the Victoria Division of the Southern District of Texas. Accordingly, it is **ORDERED** that this case be transferred to the United States District Court for the Southern District of Texas, Victoria Division. The Clerk of Court is directed to **CLOSE** this case in this division.

ORDERED on August 14, 2025.

_____
Julie K. Hampton
United States Magistrate Judge